699 A.2d 1223

IN THE MATTER OF DONALD J. RINALDI,
AN ATTORNEY AT LAW.

Decided September 25, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DONALD J. RINALDI** of **NUTLEY**, who was admitted to the bar of this State in 1965, and who was suspended from the practice of law for a period of three months by Order of this Court dated May 16, 1997, be restored to the practice of law, effective immediately.